**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

SHANNON R. HAMILTON                                                                                           PLAINTIFF

V.                                                                        CIVIL ACTION NO. 3:19-cv-314-HTW-LRA

A. J. KELLER et al                                                                                             DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF MAGISTRATE JUDGE AS TO SUMMARY JUDGMENT

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda R. Anderson, **[Docket no. 37],** which was entered on June 9, 2020. Plaintiff did not file any objection to the Magistrate Judge's Report and Recommendation, having been notified of his right to do so.

After examining the record evidence in this case the Magistrate Judge recommended that the **Defendant's Motion for Summary Judgment [doc. no. 21]** should be granted for failure to exhaust administrative remedies and Plaintiff's Complaint should be dismissed.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 37]** should be and are hereby **adopted** as this Court's own. This court grants Defendant's Motion for Summary Judgment **[doc. no. 21].** Accordingly, this court dismisses this Complaint with prejudice. A separate Final Judgment will issue on this date.

**SO ORDERED AND ADJUDGED** this the 20TH day of July, 2020.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE