IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHANNON R. HAMILTON                                                                     PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:19-cv-314-HTW-LRA

A. J. KELLER et al                                                                      DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF MAGISTRATE JUDGE AS TO DEFENDANT'S MOTION TO DISMISS

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda R. Anderson, **[Docket no. 38],** which was entered on June 9, 2020. Plaintiff did not file any objection to the Magistrate Judge's Report and Recommendation, having been notified of his right to do so.

After examining the record evidence in this case the Magistrate Judge recommended that the **Defendant's Motion to Dismiss [doc. no. 23]** should be granted.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 38]** should be and are hereby **adopted** as this Court's own. This court grants Respondent's Motion to Dismiss **[doc. no. 23].** Accordingly, this court dismisses this Complaint with prejudice. A separate Final Judgment will issue on this date.

**SO ORDERED AND ADJUDGED** this the 20th day of July, 2020.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE